IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT L. WILLIAMS, | : | |
| Plaintiff | : | 2:09–cv–86 |
| v. | : | Judge Michael Watson |
| DAVID MARTIN, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

## OPINION AND ORDER

On July 6, 2010, the Magistrate Judge entered an Order and Report and Recommendation (Doc. 36) recommending that Defendants' motion for summary judgment (Doc. 31) be granted. The Report and Recommendation of the Magistrate Judge specifically advised parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the judgment of the District Court." (Report & Recommendation (Doc. 36) 15.) The time period for filing of objections to the Report and Recommendation has expired. Plaintiff has not filed any objection to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge Mark Abel (Doc. 36). Noting that no objections have been filed thereto and that the time for filing such objections has expired, the Court hereby

1

**ADOPTS** the Report and Recommendation of the Magistrate Judge (Doc. 36).

Defendants' motion for summary judgment (Doc. 31) is **GRANTED**.  The Clerk of Court is **ORDERED** to enter judgment for the defendants and to close this case.

      **IT IS SO ORDERED.**

                                      **MICHAEL H. WATSON, JUDGE**
                                      **UNITED STATES DISTRICT COURT**